UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLASSTECH, INC.,

              Plaintiff,

    - against -

MICHAEL FREUND, PINCUS GREEN, AND DOES 1-3,

              Defendants.

**ORDER**

23 Civ. 6004 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Because no proof of service has been filed and no attorney for defendant Pincus Green has entered an appearance, it is hereby ORDERED that the conference in this matter currently scheduled for October 26, 2023, is adjourned to **Thursday, November 30, 2023, at 10:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 25, 2023

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge