UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLASSTECH, INC.,

          Plaintiff,

- against -

MICHAEL FREUND, PINCUS GREEN, AND DOES 1-3,

          Defendants.

**ORDER**

23 Civ. 6004 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court sets the following briefing schedule for Yaacov Sheinenzon's motion to intervene (See Sheinenzon Ltrs. (Dkt. Nos. 40, 43):

    (1) Moving papers are due on **April 2, 2024**;

    (2) Plaintiff's and Defendants' responses are due on **April 23, 2024**; and

    (3) Yaacov Sheinenzon's reply papers, if any, are due on **April 30, 2024**.

Under Rule IV(C) of this Court's individual rules, the "bundling rule," the parties may not file motions electronically on ECF until the motion is fully briefed.

Dated:  New York, New York
          March 12, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge