IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLASSTECH, INC.,<br><br>                              Plaintiff,<br><br>     v.<br><br>MICHAEL FREUND, PINCUS GREEN, AND DOES 1-3,<br><br>                            Defendants. | Civil Case No. 1:23-cv-06004-PGG-JLC<br><br>**ORDER** |

WHEREAS, Glasstech, Inc. ("Glasstech") commenced this action by the filing of a Complaint (Dkt. No. 1) on July 12, 2023, asserting claims against Michael Freund ("Freund"), Pincus Green ("Green") and Does 1-3;

WHEREAS, Freund, by the filing of an Answer and Crossclaim (Dkt. No. 12) on October 13, 2023, asserted a crossclaim against Green;

WHEREAS, no person or entity has been served herein as any of "Does 1-3" and no person or entity has appeared herein on behalf of any of "Does 1-3;"

WHEREAS, Yaacov Sheinenzon ("Sheinenzon"), as trustee of the trust for the benefit of Sarah Green and her family unit, has moved to intervene herein (such motion shall be referred to as the "Motion to Intervene") and, in connection therewith, has submitted his proposed answer with counterclaim and crossclaim; and

WHEREAS, none of Glasstech, Freund or Green oppose the Motion to Intervene;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.     Sheinenzon's Motion to Intervene is hereby granted and he is permitted to intervene herein.

2. The proposed answer, counterclaim and crossclaim which Sheinenzon filed in connection with the Motion to Intervene (Dkt. No. 63, Exhibit 3) shall be deemed served on Glasstech and Freund upon the filing of this Order.

3. The caption of the instant action shall henceforth be as follows:

| | |
|---|---|
| GLASSTECH, INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>MICHAEL FREUND, PINCUS GREEN, YAACOV SHEINENZON, AS TRUSTEE OF THE TRUST FOR THE BENEFIT OF SARAH GREEN AND HER FAMILY UNIT, AND DOES 1-3,<br><br>      Defendants.<br><br>YAACOV SHEINENZON, as trustee of the trust for the benefit of Sarah Green and her family unit,<br><br>      Counterclaim and<br>      Crossclaim-Plaintiff,<br><br>   v.<br><br>GLASSTECH, INC. and MICHAEL FREUND,<br><br>      Counterclaim and<br>      Crossclaim-Defendants. | Case No. 1:23-cv-06004-PGG-JLC |

Dated: New York, New York
    May 22, 2024

               ORDERED:

               */s/ Paul G. Gardephe*
               Hon. Paul G. Gardephe
               United States District Judge