UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GLASSTECH, INC.,

                      Plaintiff,

       -v-

MICHAEL FREUND, ET AL.,

                    Defendants.
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2024

**ORDER**

23-CV-6004 (PGG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      For the reasons discussed during the telephone conference today: Defendant Pincus Green's Motion for a Protective Order (Doc. No. 78) is hereby GRANTED in part and DENIED in part; and Plaintiff Glasstech, Inc.'s Cross-Motion to Compel Production (Doc. No. 80) is hereby GRANTED in part and DENIED in part.

      The deposition of Defendant Pincus Green shall continue at the date(s) and time(s) to be agreed by the parties. The parties are directed to confer and submit a stipulation that outlines (1) the accommodations that will be in place to address Mr. Green's health concerns, and (2) the date(s) and time(s) when the deposition will take place. The parties are directed to file their stipulation on the docket by no later than September 25, 2024.

      Defendant Pincus Green is ordered to produce any powers of attorney executed in connection with Mr. Green's accounts at Luzerner Kantonalbank and Reichmuth & Co., and documents showing the authorized signatories for these same accounts. The parties are directed to further confer regarding Glasstech's requests

for bank records of all wire transfers to Michael Freund or to any investment listed in Appendix 1 to the Tel Aviv Family Court's order dated June 7, 2023 (the "Investments"); internal reports and/or records of Yeshil Management AG regarding any Investments that are in the possession, custody, or control of Defendant Pincus Green; and the following records of the Israeli court proceedings: (1) court orders, (2) testimony by Defendant Pincus Green, and (3) other records reflecting when and how the alleged trust came into existence. The parties are directed to file a joint status letter, not to exceed five pages in length, that confirms their conferral and the agreements that have been reached or disputes that remain to be resolved regarding the above-described categories of documents, to be filed on the docket by no later than October 2, 2024.

**SO ORDERED.**

Dated: September 18, 2024
      New York, New York

Hon. Henry J. Ricardo
United States Magistrate Judge