```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2024
```

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

GLASSTECH, INC.

Plaintiff (s),

V.

MICHAEL FREUND, ET AL. Defendant (s),

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER: 1:23-cv-06004-PGG-JLC

Notice is hereby given that, subject to approval by the court, __YAACOV SHEINENZON__ (Party (s) Name) substitutes __CRAIG M. FLANDERS__ (Name of New Attorney), State Bar No. __4668299__, as counsel of record in place of __DOUGLAS SEGAL__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: BLANK ROME LLP
Address: 1271 Avenue of the Americas, New York, New York 10020
Telephone: 212-885-5000     Facsimile:
E-Mail (Optional): 212-885-5001

I consent to the above substitution.
Date: 9/24/2024
(Signature of Party (s))

I consent to being substituted.
Date: 9/24/2024
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/24/2024
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/26/2024
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]