USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/26/2024__

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__     District of     __New York__

GLASSTECH, INC.

            Plaintiff (s),

V.

MICHAEL FREUND, ET AL. Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __1:23-cv-06004-PGG-JLC__

Notice is hereby given that, subject to approval by the court, __YAACOV SHEINENZON__ substitutes

__AVERY I. NORMYLE__ , State Bar No. __5654421__ as counsel of record in
(Name of New Attorney)

place of __DOUGLAS SEGAL__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __BLANK ROME LLP__

Address: __1271 Avenue of the Americas, New York, New York 10020__

Telephone: __212-885-5000__     Facsimile _____

E-Mail (Optional): __212-885-5001__

I consent to the above substitution.

Date: __9/24/2024__

                   (Signature of Party (s))

I consent to being substituted.

Date: __9/24/2024__

                   (Signature of Former Attorney (s))

I consent to the above substitution.

Date: __9/24/2024__

                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __9/26/2024__

                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]