UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLASSTECH, INC.,

            Plaintiff,

-v-

MICHAEL FREUND, ET AL.,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2025

**ORDER**

23-CV-6004 (PGG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Letter Motion dated January 21, 2025, the parties jointly requested a settlement conference and to stay all deadlines in this action pending the outcome of the settlement conference. ECF No. 123. The Letter Motion is GRANTED IN PART and DENIED IN PART.

The deadline for Plaintiff Glasstech, Inc. to file its reply in support of its motion for sanctions is adjourned to January 29, 2025. The parties' request to stay all deadlines in this case is otherwise denied.

The Court will enter a separate order with instructions to schedule a settlement conference before Judge Ricardo.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 123 as GRANTED IN PART and DENIED IN PART.

**SO ORDERED.**

Dated: January 22, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge