UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLASSTECH, INC.,

              Plaintiff,

- against -

MICHAEL FREUND, PINCUS GREEN, YAACOV SHEINENZON, AS TRUSTEE OF THE TRUST FOR THE BENEFIT OF SARAH GREEN AND HER FAMILY UNIT, AND DOES 1-3,
              Defendants.

YAACOV SHEINENZON, as trustee of the trust for the benefit of Sarah Green and her family unit,

              Counterclaim and Crossclaim-Plaintiff,

- against -

GLASSTECH, INC. and MICHAEL FREUND,

              Counterclaim and Crossclaim-Defendants.

**ORDER**

23 Civ. 6004 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This is a declaratory judgment action concerning the ownership of certain shares of Glasstech, Inc. stock. (Cmplt. (Dkt. No. 1)) In a December 21, 2023 letter, Defendant Pincus Green sought permission to move to dismiss for lack of personal jurisdiction, and an order staying discovery pending the resolution of his motion. (See Dec. 21, 2023 Green Ltr. (Dkt. No. 32)) On January 24, 2024, this Court ordered the parties to conduct jurisdictional discovery over the next forty-five days, and to submit a joint letter one week after the conclusion of jurisdictional discovery explaining what discovery had revealed and whether Green still wished to proceed with his motion. (Jan. 24, 2024 Order (Dkt. No.

37)) On February 27, 2024, this Court referred the case to Magistrate Judge Cott for general pretrial management, (Dkt. No. 39), and on August 27, 2024, the case was redesignated to Magistrate Judge Ricardo. (See Dkt. Sheet at Aug. 27, 2024)

The deadline for jurisdictional discovery was ultimately extended to November 29, 2024. (See Dkt. No. 105) On December 6, 2024, the parties filed a joint letter discussing what the jurisdictional discovery had revealed, and Defendant Green stated that

> Plaintiff Glasstech [had] sought a pre-motion conference before Judge Ricardo seeking sanctions against Mr. Green for his alleged failure to comply with jurisdictional discovery. Judge Ricardo set a briefing schedule to address Plaintiff's motion (Dkt. No. 114), and Plaintiff brought its motion seeking merits-based sanctions regarding Mr. Green's jurisdictional objections on December 4, 2024. (Dkt. No. 117). Mr. Green intends to oppose the motion. The disposition of the motion will have an impact on Mr. Green's ability/intentions regarding a motion to dismiss, which Mr. Green reserves the right to do. Mr. Green will update Your Honor upon the disposition of that motion.

(Dec. 6, 2024 Joint Ltr. (Dkt. No. 120) at 2)

In a July 8, 2025 order, Judge Ricardo granted in part and denied in part Glasstech's motion for sanctions. (Jul. 8, 2025 Order (Dkt. No. 148)) No party has objected to Judge Ricardo's order. Green, however, has not yet filed a letter indicating whether he still wishes to proceed with his motion to dismiss. By **August 19, 2025**, Defendant Green will file a letter stating whether he wishes to proceed with such a motion and, if so, why such a motion is well-founded.

Dated: New York, New York
August 12, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge