UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/16/2025___
```

GLASSTECH, INC.,

                    Plaintiff,

          -v-

MICHAEL FREUND, ET AL.,

                    Defendants.

**ORDER**

23-CV-6004 (PGG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Plaintiff Glasstech, Inc. initiated this action on July 12, 2023.  ECF No. 1.

On October 13, 2023, Defendant Michael Freund filed his answer to the complaint

and a crossclaim (which was later voluntarily dismissed, ECF Nos. 76–77) against

Defendant Pincus Green.  ECF No. 12.  Plaintiff Intervenor Yaacov Sheinenzon filed

his answer to the complaint and crossclaims against Defendant Freund and

Plaintiff Glasstech, Inc. on May 22, 2024, ECF No. 72, which Defendant Freund and

Plaintiff Glasstech answered on June 12, 2024.  ECF Nos. 73–74.

By Order dated November 30, 2023, Judge Gardephe ordered Defendant

Green to answer or otherwise move with respect to the Complaint by December 21,

2023.  ECF No. 29.  On December 21, 2023, Defendant Green filed a pre-motion

letter in anticipation of a motion to dismiss for lack of personal jurisdiction, ECF

No. 32, at which point Judge Gardephe ordered the parties to conduct jurisdictional

discovery for forty-five days.  ECF No. 37.  Jurisdictional discovery actually went on

for 311 days, culminating in this Court sanctioning Defendant Green for his failure

to participate in jurisdictional discovery and failure to comply with court orders related thereto, ECF No. 148, and Defendant Green's advising that he no longer intends to file a motion to dismiss for lack of personal jurisdiction.  ECF No. 156.

At this point, the case must move forward.  Defendant Green is directed to answer the complaint by **September 30, 2025**.  A conference is scheduled on **October 7, 2025** at **10:00 a.m.** by telephone to schedule next steps in this case, including a briefing schedule for any post-answer motions that the parties intend to file.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 225 148 718#).

**SO ORDERED.**

Dated: September 16, 2025
         New York, New York

Henry J. Ricardo
United States Magistrate Judge