UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLASSTECH, INC.,

                Plaintiff,

-v-

MICHAEL FREUND, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2025

**ORDER**

23-CV-6004 (PGG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff Glasstech, Inc. filed a letter dated October 3, 2025, requesting, with all parties' consent, an adjournment of the conference scheduled on October 29, 2025. ECF No. 163. This request is granted.

    The conference is adjourned to **November 21, 2025** at **4:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 225 148 718#).

**SO ORDERED.**

Dated: October 6, 2025
       New York, New York

                                            Henry J. Ricardo
                                            United States Magistrate Judge