UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: _11/13/2025_ | |

GLASSTECH, INC.,

                        Plaintiff,

       -v-

MICHAEL FREUND, ET AL.,

                    Defendants.

**ORDER**

23-CV-6004 (PGG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court scheduled a status conference on November 21, 2025.  ECF No. 164.  On November 10, 2025, Chief Judge Swain entered a Standing Order regarding the lapse in federal funding and corresponding effect on court operations, ordering that "the Courthouse will be closed to the public and press on Fridays until further notice except for proceedings and activities necessary to fulfill the Court's constitutional obligations."  *In re: Court Operations Pending the Restoration of Funding*, Case No. 25-mc-512, ECF No. 1 (S.D.N.Y. Nov. 10, 2025).

      Accordingly, the conference is moved to **November 20, 2025** at **10:00 a.m.**  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 225 148 718#).

**SO ORDERED.**

Dated: November 13, 2025
      New York, New York

                                        _____
                                      Henry J. Ricardo
                                      United States Magistrate Judge