UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/25/2026_

GLASSTECH, INC.,

                    Plaintiff,

        -v-

MICHAEL FREUND, ET AL.,

                    Defendants.

**ORDER**

23-CV-6004 (PGG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference today to address Plaintiff's letter dated March 20, 2026, ECF No. 178, and Defendant Freund's letter dated March 23, 2026, ECF No. 180.

The parties reported that three of the parties in this action, Glasstech, Green and the Trustee, would like to reach a settlement, but the Trustee needs Israeli court approval, which has not been obtained, to do so. As of today, Defendant Freund is not a party to the proposed settlement.

The parties are directed to submit a joint status report providing an update on the foregoing by no later than **April 24, 2026.**

**SO ORDERED.**

Dated: March 25, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge