UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLASSTECH, INC.,

                    Plaintiff,

        -v-

MICHAEL FREUND, ET AL.,

                  Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/28/2026_
```

**ORDER**

23-CV-6004 (PGG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint status report, ECF No. 184. The status report indicates that Plaintiff is planning to settle with some, but not all, of the Defendants.

Since Defendant Freund is not part of the settlement, the case between Freund and Glasstech, Inc. will continue. The deadlines for fact discovery, expert discovery, and summary judgment have passed. Accordingly, Glasstech, Inc. and Freund shall file the pre-trial submissions set out in Part X of Judge Gardephe's Individual Rules of Practice in Civil Cases by **June 9, 2026.**

**SO ORDERED.**

Dated: April 28, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge