Case 1:23-cv-06004-PGG-HJR    Document 189    Filed 06/12/26    Page 1 of 2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| GLASSTECH, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL FREUND, PINCUS GREEN, YAACOV SHEINENZON, AS TRUSTEE OF THE TRUST FOR THE BENEFIT OF SARAH GREEN AND HER FAMILY UNIT, AND DOES 1-3,<br><br>                Defendants.<br><br>YAACOV SHEINENZON, as trustee of the trust for the benefit of Sarah Green and her family unit,<br><br>                Counterclaim and<br>                Crossclaim-Plaintiff,<br><br>v.<br><br>GLASSTECH, INC. and MICHAEL FREUND,<br><br>                Counterclaim and<br>                Crossclaim-Defendants. | Civ. No. 1: 23-cv-06004 (PGG)(HJR) |

## ORDER OF DISMISSAL

The Court having been advised that all claims asserted herein have been settled as between parties to the above-entitled action ("Action") Plaintiff Glasstech, Inc. ("Glasstech"), Defendant Pincus Green ("Green") Intervenor/Counterclaim and Crossclaim Plaintiff Yaacov Sheinenzon, As Trustee of the Trust For the Benefit of Sarah Green and Her Family Unit (the "Trustee") (the "Settling Parties"), and a Stipulation of Dismissal was executed and filed on June 8, 2026 by and amongst the Settling Parties and the remaining party in the Action, Defendant

1

Case 1:23-cv-06004-PGG-HJR    Document 189    Filed 06/12/26    Page 2 of 2

Michael Freund ("Freund") (together with the Settling Parties, the "Parties"), NOW,

THEREFORE, IT IS HEREBY ORDERED that:

1. The above-entitled action be, and hereby is, dismissed with prejudice and without costs to any of the Settling Parties.

2. The above-entitled action be, and hereby is, dismissed without prejudice and without costs as to Freund.

3. A binding and confidential Settlement Term Sheet, executed April 27, 2026, has been signed by and amongst the Settling Parties.

4. As agreed in the Settlement Term Sheet, the Court shall retain jurisdiction to interpret and enforce the terms of the Settlement Term Sheet and of the final Settlement Agreement to be executed by the Settling Parties.

The Clerk of Court is directed to close this case.

SO ORDERED this 15th day of June, 2026:

_____
Honorable Paul G. Gardephe
United States District Court Judge

2